MAX BERNSTEIN, Respondent, v. SAMUEL GOLDSTICKER, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of MAY O'BRIEN, Respondent, v. FELIX SHERRY, Appellant. — Motion denied upon condition that appellant perfect the appeal, place the case upon the calendar of the next term of this court, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ROSE FERRARO and Another, as Administratrices, etc., Respondents, v. CHRISTIAN F. TERRENCE and Another, Copartners, etc., Appellants.— Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

WILLIAM GRABENAUER, Appellant, v. ROYAL S. HAYNES, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal and be ready for argument at the next term of this court; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

MARIA D. HITCHINGS, Respondent, v. THEODORE G. CLARKE and Another, Appellants, Impleaded with Another, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of SAMUEL E. HASLETT, an Incompetent Person. (Claim of JOHN B. LORD.) — Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ. Order to be settled and question or questions to be presented before Mr. Justice Kelly.

In the Matter of the Application of ROGER B. HULL for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

FRED JOHNSON, Appellant, v. STANDARD TRANSPORTATION COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

CORNELIUS H. POST, Appellant, v. ROYAL S. HAYNES, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal and be ready for argument at the next term of this court; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. DAVARAS, Relator, v. THE WARDEN OF SING SING PRISON, Respondent.— Writ of habeas corpus dismissed, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.